# United States District Court
# Northern District of Texas
## Dallas Division

U.S. MARSHALS SERVICE N/TX
DALLAS, TEXAS

UNITED STATES OF AMERICA

V.

PRESTON MICHAEL LONG-LAMOUREUX

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:21-CR-024-M(01)

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   PRESTON MICHAEL LONG-LAMOUREUX

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Identity Theft Crimes; Fraud and Related Activity in Connection with Identification Documents

in violation of Title   18
United States Code, Section(s)
1028(f), 1028(a)(7) and 1028(b)(1); 1028(a)(7) and 1028(b)(1)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*[signature: Karen Mitchell]*
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford
Judge

1/27/2021
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

NORMANGEE, TX 77871

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/27/21 | US POSTAL INSPECTOR J.KIM | *[signature]* |
| DATE OF ARREST |  |  |
| 2/9/21 |  |  |

USPS

1123/400