Clerk-

RECEIVED
JUN 3 0 2023
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

6-22-23

My I Please get a copy of my
Docket Sheet as well as my Judgement of
Commitment. Thank you for your help!
I am Indigent currently.

Preston Long-Lamoreux

Preston Long-Lamoreux
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
10-26-1986
Case# 3:21-cr-00024-M(1)
Judge: Lynn



NORTH HOUSTON TX 773

27 JUN 2023   PM 4   L

Preston Cory-Lamoureux
#39487-509
FCC Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

Earle Cabell Federal Bldg.
Clerc ob Corts
1100 Commerce St
Room #1452
Dallas, TX 75942

X-RAY



RECEIVED
JUN 30 2023
NORTH HOUSTON

75242-131052

# United States District Court
## Northern District of Texas

*Dallas Division*

7/5/2023

Preston Michael Long-Lamoureux #29487-509
BOP Beaumont FCI - Medium
PO Box 26040
Beaumont, TX 77720

Re: Your correspondence received in the U.S. District Clerk's Office on  6/30/2023
Case No./Style:  3:21-cr-00024-M-1, USA v. Long-Lamoureux

Please see enclosed a courtesy copy of the docket sheet and judgment. Future copies of docket
sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.

Sincerely,

Deputy Clerk -  MS